| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) McKeown, Mary M. | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 05/06/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address U. S. Court of Appeals 401 West A Street Suite 2000 San Diego CA 92101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managerial Board | International Association of Women Judges |
| 2. Board of Visitors | Georgetown University Law Center |
| 3. Board of Directors | Federal Judges Association |
| 4. Council | American Law Institute |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Spring/15 | Univ of San Diego Law School - Teaching | $10,000.00 |
| 2. | 05/15 | Northwestern Law School - Teaching | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | University of California San Diego - Salary |
| 2. | 2015 | Self-employed Consultant |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CEELI Institute | January 9-10, 2015 | Tunis, Tunisia | Judicial Training Program | Transportation, lodging and meals |
| 2. | American Bar Association | February 26-28, 2015 | Atlanta, Georgia | Litigation Magazine Editorial Board Mtg | Transportation, lodging and meals |
| 3. | Federal Judges Association | April 12-14, 2016 | Washington, DC | Board Meeting | Transportation, lodging and meals |
| 4. | Northwestern University | April 29-May 1, 2015 | Chicago, Illinois | Teaching | Transportation, lodging and meals |
| 5. | Chapman University | May 22, 2015 | Orange, California | Commencement address | Transportation and meals |
| 6. | American Bar Association | July 18-23, 2015 | Lima, Peru | Latin America Council meeting | Transportation, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

| | | | | |
|---|---|---|---|---|
| 7. | American Bar Association | July 30-31, 2015 | Chicago, Illinois | Speaker | Transportation and lodging |
| 8. | Illinois Institute of Technology-Kent College of Law | September 24-25, 2015 | Chicago, Illinois | Keynote address | Transportation, lodging and meals |
| 9. | NAD Conference/Council of Better Business Bureaus, Inc. | September 28-29, 2015 | New York, New York | Keynote address | Transportation, lodging and meals |
| 10. | Federal Judges Association | October 4-7, 2015 | Barcelona, Spain | International Judges Association Meeting | Transportation, lodging and meals |
| 11. | Georgetown University Law Center | October 16-18, 2015 | Washington, DC | Meeting | Transportation and lodging |
| 12. | Washington State Bar Association | November 3-5, 2015 | Seattle, Washington | CLE Lectures | Transportation and meals |
| 13. | The State Bar of California | November 12, 2015 | Palm Springs, California | Intellectual Property Meeting | Transportation |
| 14. | American Society of International Law | November 19-21, 2015 | Washington, DC | Judicial Advisory Meeting | Transportation, lodging and meals |
| 15. | The American Law Institute | December 2-3, 2015 | Philadelphia, Pennyslvania | Meeting | Transportation, lodging and meals |
| 16. | American Bar Association | December 10-19, 2015 | Amman, Jordan & Cairo, Egypt | International conference and judicial training program | Transportation, lodging and meals |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SUNTRUST MORTGAGE, INC./ CHASE HOME | RESIDENTIAL/RENTAL PROPERTY - SAN FRANCISCO CA | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BANK OF AMERICA #2 | A | Interest | L | T | | | | | |
| 2.  BOEING | A | Dividend | J | T | | | | | |
| 3.  SCHWAB ACCT #4 | | | | | | | | | |
| 4.  ---AIM VI TECH FUND | | None | J | T | | | | | |
| 5.  ---ALGER LARGE CAP GROWTH | | None | K | T | | | | | |
| 6.  ---AMER CENTURY VP INTL | | None | J | T | | | | | |
| 7.  ---BARON GROWTH OPPORT FND | | None | K | T | | | | | |
| 8.  ---SCHWAB S&P 500 INDEX FUND | | None | K | T | | | | | |
| 9.  TRUST #1 | | | | | | | | | |
| 10.  ---FIDELITY BLUE CHIP (FBGRX) | A | Dividend | L | T | | | | | |
| 11.  ---FIDELITY DISCOVER FUND (FDSVX) | A | Dividend | K | T | | | | | |
| 12.  ---FIDELITY GROWTH & INC (FGRIX) | A | Dividend | K | T | | | | | |
| 13.  403b #1- FIDELITY INVESTMENTS | | | | | | | | | |
| 14.  ---UC SAVINGS FUNDS | A | Dividend | L | T | | | | | |
| 15.  ---FIDELITY CONTRA | A | Dividend | N | T | | | | | |
| 16.  ---FIDELITY EURO CAP APPREC | B | Dividend | L | T | | | | | |
| 17.  ---FIDELITY SELECT TECH/PURITAN | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --FIDELITY SELECT INDUS EQUIP | | None | K | T | | | | | |
| 19. --FIDELITY SMALL CAP DISCOVERY | | None | K | T | | | | | |
| 20. FIDELITY INVESTMENTS - JT | | | | | | | | | |
| 21. ---FIDELITY MID-CAP | A | Dividend | K | T | | | | | |
| 22. ---FIDELITY PURITAN | A | Dividend | K | T | | | | | |
| 23. NORTHERN TRUST #1 | | | | | | | | | |
| 24. ---NORTHERN TRUST CHK | A | Interest | L | T | | | | | |
| 25. NORTHERN TRUST #2 | | | | | | | | | |
| 26. ---NORTHERN TRUST MMF | A | Interest | K | T | | | | | |
| 27. NORTHERN TRUST #3 | | | | | | | | | |
| 28. ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 29. NORTHERN TRUST #4 | | | | | | | | | |
| 30. ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 31. NORTHERN TRUST #5 | | | | | | | | | |
| 32. ---ABBOTT LAB (ABT) | A | Dividend | J | T | | | | | |
| 33. ---ABBVIE (ABBV) | A | Dividend | J | T | | | | | |
| 34. ---AMER EX (AXP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --AMER WTR WKS (AWK) | A | Dividend | | | Sold | 12/23/15 | J | A | |
| 36. ---AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 37. ---APPLE (APPL) | A | Dividend | J | T | | | | | |
| 38. ---AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 39. ---AUTOMATIC DATA PROC (ADP) | A | Dividend | | | Sold | 12/23/15 | J | B | |
| 40. ---BHP BILLITON (BHP) | A | Dividend | | | Sold | 12/23/15 | J | A | |
| 41. ---BRISTOL MEYERS SQUIBB CO COM (BMY) | A | Dividend | J | T | | | | | |
| 42. ---GLOBAL INC. COM (CDK) | A | Dividend | | | Sold | 12/23/15 | J | A | |
| 43. -- CHEMOURS CO COM (CC) | A | Dividend | | | Spinoff (from line 52) | 07/07/15 | J | | |
| 44. | | | | | Sold | 11/02/15 | J | A | |
| 45. ---CITRIX SYS (CTXS) | | None | J | T | | | | | |
| 46. ---CONOCOPHIL (COP) | A | Dividend | J | T | | | | | |
| 47. ---COSTCO (COST) | A | Dividend | J | T | | | | | |
| 48. ---COVIDIEN (COV) | | | | | Merged (with line 62) | 01/27/15 | J | | |
| 49. ---CVS CAREMARK (CVS) | A | Dividend | J | T | | | | | |
| 50. ---DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 51. ---DOMINION (D) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---DUPONT (DD) | A | Dividend | J | T | | | | | |
| 53. ---EATON CORP COM (ETN) | A | Dividend | | | Sold | 12/23/15 | J | A | |
| 54. ---EMC CORP (EMC) | A | Dividend | J | T | | | | | |
| 55. ---EXPRESS SCRIPTS HLDG (ESRX) | | None | J | T | | | | | |
| 56. ---FRKLN RES (BEN) | A | Dividend | | | Sold | 12/23/15 | J | A | |
| 57. ---GRAINGER (GWW) | A | Dividend | J | T | | | | | |
| 58. ---INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 59. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 60. ---JOHNSON CTL INC (JCI) | A | Dividend | | | Sold | 12/23/15 | J | A | |
| 61. ---MCDONALDS (MCD) | A | Dividend | J | T | | | | | |
| 62. --MEDTRONIC PLC COMMON STOCK (MDT) | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 63. ---MFB NORTH FDS CALIF INTER TAX EXPT (NCITX) | C | Dividend | M | T | Buy (add'l) | 12/23/15 | L | | |
| 64. ---MFB NORTH FDS MUN MM FD (NOMXX) | A | Dividend | K | T | | | | | |
| 65. ---MFB NORTH FDS CA TAX EXPT (NCATX) | B | Dividend | L | T | | | | | |
| 66. ---MFB NORTH HI YIELD FXD INC (NHFIX) | D | Dividend | L | T | | | | | |
| 67. ---MFB NORTH STK INDEX (NOSIX) | B | Dividend | L | T | | | | | |
| 68. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---MFB NORTH MM GLOBAL RE (NMMGX) | A | Dividend | K | T | | | | | |
| 70. ---MFB NORTH INTL EQTY INDEX (NOINX) | C | Dividend | M | T | | | | | |
| 71. ---MFC FLEXSHRS 5 YR (TDTF) | A | Dividend | J | T | | | | | |
| 72. ---MFC FLEXSHRS 3 YR (TDTT) | A | Dividend | J | T | | | | | |
| 73. ---MFC ISHARE TR CORE S&P (IJR) | A | Dividend | K | T | | | | | |
| 74. ---MFC SECTOR SPDR BEN INT-HLTH (XLV) | A | Dividend | K | T | | | | | |
| 75. ---MFC SLT SECTOR SPDR CONSUMER STAPLES (XLP) | A | Dividend | | | Sold | 12/23/15 | J | A | |
| 76. ---MFC SLT SECTOR SPDR ENERGY (XLE) | A | Dividend | J | T | | | | | |
| 77. ---MFC SLT SECTOR SPDR FINANCIAL (XLF) | A | Dividend | K | T | | | | | |
| 78. ---MFC SLECT SECTOR SPDR TECH (XLK) | A | Dividend | J | T | | | | | |
| 79. ---MFC FLEXSHARES MORNINGSTAR GLOBAL NAT RES FD (GUNR) | B | Dividend | | | Sold | 12/23/15 | K | A | |
| 80. --MFC VANGUARD MSCI EMERGING MKTS (VWO) | B | Dividend | K | T | | | | | |
| 81. --MFC SELECT SECTOR SPDR TR CNSMR DIS COM (XLY) | A | Dividend | | | Sold | 12/23/15 | J | A | |
| 82. --MFO DFA INVT DIMENSIONS (DFREX) | | None | K | T | Buy | 12/24/15 | K | | |
| 83. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 84. ---NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |
| 85. ---NOBLE ENERGY INC ((NBL) | A | Dividend | | | Sold | 12/23/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ---NORFOLK SOUTH (NSC) | A | Dividend | J | T | | | | | |
| 87. ---NUCOR CORP (NUE) | A | Dividend | | | Sold | 12/23/15 | J | A | |
| 88. ---OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 89. ---ORACLE (ORCL) | A | Dividend | J | T | | | | | |
| 90. ---PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 91. ---PRECISION CASTPARTS (PCP) | A | Dividend | | | Sold | 12/23/15 | J | A | |
| 92. ---PRINCIPAL FINL GRP (PFG) | A | Dividend | J | T | | | | | |
| 93. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 94. --QUALCOMM (QCOM) | A | Dividend | J | T | | | | | |
| 95. ---SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | | | | | |
| 96. ---SLT SECTOR SPDR TR INDL (XLI) | A | Dividend | | | Sold | 12/23/15 | J | A | |
| 97. ---SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 98. ---SPECTRA ENERGY (SE) | A | Dividend | J | T | | | | | |
| 99. --SOUTH32 LTD SPONSORED ADR (SOUHY) | | None | | | Spinoff (from line 40) | 05/29/15 | J | | |
| 100. | | None | | | Sold | 12/23/15 | J | A | |
| 101. ---SPDR S&P MIDCAP (MDY) | A | Dividend | J | T | | | | | |
| 102. ---UNITED TECH (UTX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --VF CORP COM (VFC) | A | Dividend | J | T | | | | | |
| 104. ---WHOLE FOODS MKT (WFM) | A | Dividend | J | T | | | | | |
| 105. NORTHERN TRUST #6 | | | | | | | | | |
| 106. ---ABBOTT LAB (ABT) | A | Dividend | J | T | | | | | |
| 107. ---ABBVIE INC COM (ABBV) | A | Dividend | J | T | | | | | |
| 108. ---AMER EX (AXP) | A | Dividend | J | T | | | | | |
| 109. ---AMER WTR WKS (AWK) | A | Dividend | J | T | | | | | |
| 110. ---AMGEN INC (AMGN) | A | Dividend | K | T | | | | | |
| 111. ---APPLE INC (AAPL) | A | Dividend | K | T | | | | | |
| 112. ---AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 113. ---AUTOMATIC DATA PROC (ADP) | A | Dividend | J | T | | | | | |
| 114. ---BHP BILLITON (BHP) | A | Dividend | J | T | | | | | |
| 115. --BRISTOL MEYES SQUIBB CO COM (BMY) | A | Dividend | J | T | | | | | |
| 116. ---CDK GLOBAL INC. (CDK) | A | Dividend | | | Sold | 12/23/15 | J | A | |
| 117. ---CITRIX SYS (CTXS) | | None | J | T | | | | | |
| 118. --CHEMOURSCO COM (CC) | A | Dividend | | | Spinoff (from line 126) | 07/07/15 | J | | |
| 119. | | | | | Sold | 11/02/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ---CONOCOPHILLIPS (COP) | A | Dividend | J | T | | | | | |
| 121. ---COSTCO WHOLESALE (COST) | A | Dividend | J | T | | | | | |
| 122. ---COVIDIEN (COV) | | | | | Merged (with line 137) | 01/27/15 | J | | |
| 123. ---CVS CAREMARK (CVS) | A | Dividend | K | T | | | | | |
| 124. ---DANAHER CORP (DHR) | A | Dividend | K | T | | | | | |
| 125. ---DOMINION RES (D) | A | Dividend | J | T | | | | | |
| 126. ---DUPONT (DD) | A | Dividend | J | T | | | | | |
| 127. --EATON CORP COM (ETN) | A | Dividend | J | T | | | | | |
| 128. ---EMC CORP (EMC) | A | Dividend | J | T | | | | | |
| 129. ---EXPRESS SCRIPTS HLDG (ESRX) | | None | J | T | | | | | |
| 130. ---FRNKLN RES (BEN) | A | Dividend | J | T | | | | | |
| 131. ---GRAINGER W W (GWW) | A | Dividend | J | T | | | | | |
| 132. ---HOME DEPOT (HD) | A | Dividend | K | T | | | | | |
| 133. ----ITEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 134. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 135. ---JOHNSON CTL INC (JCI) | A | Dividend | J | T | | | | | |
| 136. ---MCDONALDS (MCD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --MEDTRONIC PLC COMMON STOCK (MDT) | A | Dividend | J | T | | | | | |
| 138. ---MFB NORTH FDS FX INC (NOFIX) | C | Dividend | M | T | | | | | |
| 139. | A | Distribution | | | | | | | |
| 140. ---MFB NORTH FDS GLOBAL RE INDEX (NGREX) | C | Dividend | M | T | | | | | |
| 141. ---MFB NORTH HI YLD FXD INC (NHFIX) | D | Dividend | M | T | | | | | |
| 142. ---MFB NORTH MONEY MKT FND (NORXX) | A | Dividend | K | T | | | | | |
| 143. ---MFC FLEXSHARES 3 YR (TDTF) | A | Dividend | J | T | | | | | |
| 144. ---MFC FLEXSHARES 5 YR (TDTT) | A | Dividend | J | T | | | | | |
| 145. ---MFC FLEXSHARES TR MRNGSTR GLBL (GUNR) UPSTREAM NAT RES INDEX (GUNR) | C | Dividend | L | T | | | | | |
| 146. ---MFC ISHARES CORE S&P (IJR) | B | Dividend | L | T | Buy (add'l) | 12/23/15 | K | | |
| 147. ---MFC ISHARES RUSSELL 1000 (IWD) | A | Dividend | K | T | | | | | |
| 148. ---MFC SCTR SPDR BEN INT-HLTH CARE (XLV) | A | Dividend | K | T | | | | | |
| 149. ---MFC SLCT SCTR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | | | | | |
| 150. ---MFC SELECT SECT SPDR ENERGY (XLE) | A | Dividend | K | T | | | | | |
| 151. ---MFC SELECT SECT SPDR FINL (XLF) | A | Dividend | K | T | | | | | |
| 152. ---MFC SELECT SECTOR SPDR TECH (XLK) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. ---MFC SELECT SECTOR CNSMR DISC COM (XLY) | A | Dividend | J | T | | | | | |
| 154. ---MFC VANGUARD EMERG (VWO) | C | Dividend | L | T | | | | | |
| 155. ---MFC VANGUARD ITL EQ (VEU) | D | Dividend | M | T | | | | | |
| 156. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 157. ---NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |
| 158. ---NOBLE ENERGY (NBL) | A | Dividend | J | T | | | | | |
| 159. ---NORFOLK SOUTH (NSC) | A | Dividend | J | T | | | | | |
| 160. ---NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 161. ---OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 162. ---ORACLE CORP (ORCL) | A | Dividend | J | T | | | | | |
| 163. ---PEPSI CO INC (PEP) | A | Dividend | J | T | | | | | |
| 164. ---PRECISION CASTPARTS (PCP) | A | Dividend | J | T | | | | | |
| 165. ---PRINCIPAL FIN GRP (PFG) | A | Dividend | J | T | | | | | |
| 166. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 167. ---QUALCOMM INC COM (QCOM) | A | Dividend | J | T | | | | | |
| 168. ---SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | | | | | |
| 169. ---SELECT SECT SPDR INDL (XLI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. ---SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 171. --SOUTH32 LTD SPONSORED ADR (SOUHY) | | None | J | T | Spinoff (from line 114) | 05/29/15 | J | | |
| 172. ---SPDR S&P MIDCAP (MDY) | A | Dividend | M | T | Buy (add'l) | 12/23/15 | K | | |
| 173. ---SPECTRA ENERGY (SE) | A | Dividend | J | T | | | | | |
| 174. ---UNITED TECH CORP (UTX) | A | Dividend | J | T | | | | | |
| 175. ---VF CORP (VFC) | A | Dividend | K | T | | | | | |
| 176. ---WHOLE FOODS MKT (WFMI) | A | Dividend | J | T | | | | | |
| 177. | | | | | | | | | |
| 178. NORTHERN TRUST #7 | | | | | | | | | |
| 179. ---TEMPLETON FOREIGN CL A (TEMFX) | A | Dividend | L | T | Buy (add'l) | 12/22/15 | J | | |
| 180. | A | Distribution | | | | | | | |
| 181. NORTHERN TRUST #8 | | | | | | | | | |
| 182. ---AMERICAN BALANCED CL A (ABALX) | A | Dividend | L | T | Buy (add'l) | 12/22/15 | J | | |
| 183. NORTHERN TRUST #9 | | | | | | | | | |
| 184. ---NT MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |
| 185. NORTHERN TRUST #10 | | | | | | | | | |
| 186. ---NT MONEY MARKET ACCOUNT | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. CONDO(50%) SAN FRANCISCO CA | E | Rent | O | W | | | | | |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 05/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Mary M. McKeown

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544